William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Precisely Holdings, LLC,*
*Precisely Software Inc., and Precisely Software Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>PRECISELY HOLDINGS, LLC, PRECISELY SOFTWARE INC., PRECISELY SOFTWARE LTD., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>        Defendants. | Case No. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS PRECISELY HOLDINGS, LLC, PRECISELY SOFTWARE INC., AND PRECISELY SOFTWARE LTD.**<br><br>**(Filed electronically)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd., by and through their attorneys, Saul Ewing LLP, hereby state that:

- Precisely Holdings, LLC is a direct, wholly owned subsidiary of Precisely Software Inc.

- Precisely Software Ltd. is a direct, wholly owned subsidiary of Precisely Software Inc.

- Precisely Software Inc. is a direct, wholly owned subsidiary of Starfish Holdco LLC.  The direct parent and sole member of Starfish Holdco, LLC is Starfish Intermediate, Inc., which is owned by Starfish Parent, LP as well as other private investors that individually do not own 10% or more of its stock. Starfish Parent, LP is owned by private investors that are not corporations or publicly held corporations.

Dated: April 4, 2024                                Respectfully submitted,

                                                    s/ William C. Baton
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com
sarah.sullivan@saul.com

COOLEY LLP
Matthew D. Brown (*pro hac vice* forthcoming)
Bethany C. Lobo (*pro hac vice* forthcoming)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
E-mail: brownmd@cooley.com
E-mail: blobo@cooley.com

Rebecca L. Tarneja (*pro hac vice* forthcoming)
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071
Telephone: (213) 561-3250
E-mail: rtarneja@cooley.com

*Attorneys for Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd.*