Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
alexander.callo@saul.com

*Attorneys for Defendants*
*Precisely Holdings, LLC, Precisely Software Inc.,*
*and Precisely Software Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>     Plaintiffs,<br><br>  v.<br><br>PRECISELY HOLDINGS, LLC, PRECISELY SOFTWARE INC., PRECISELY SOFTWARE LTD., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>     Defendants. | Case No. 24-4571 (HB)<br><br>**(Filed electronically)** |

### **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexander L. Callo, an attorney with the firm of Saul Ewing LLP, hereby appears as counsel for Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd. in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: April 5, 2024

Respectfully submitted,

By: <u>s/ Alexander L. Callo</u>
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
alexander.callo@saul.com

*Attorneys for Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd.*