William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Precisely Holdings, LLC,*
*Precisely Software Inc., and Precisely Software Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>           Plaintiffs,<br><br>      v.<br><br>PRECISELY HOLDINGS, LLC, PRECISELY SOFTWARE INC., PRECISELY SOFTWARE LTD., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>           Defendants. | Civil Action No. 24-4571 (HB)<br><br>**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**<br><br>(Filed electronically) |

AND NOW COMES Defendants Precisely Holdings, LLC, Precisely Software Inc., and

Precisely Software Ltd. (collectively, "Precisely"), by and through their undersigned counsel

Saul Ewing LLP, to hereby move before the Honorable Harvey Bartle III, U.S.D.J., at the United

States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John

F. Gerry Plaza, Camden, New Jersey 08101, for the entry of an Order pursuant to Local Civil Rule 101.1(c) admitting as counsel *pro hac vice* in this matter Matthew D. Brown, Bethany C. Lobo, and Rebecca L. Tarneja, and in support thereof, states as follows:

1. The undersigned, William C. Baton, is a partner at the law firm of Saul Ewing LLP and is admitted in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey.

2. The law firm of Saul Ewing LLP maintains an office at One Riverfront Plaza, 1037 Raymond Blvd., Suite 1520, Newark, NJ 07102.

3. The applicant Matthew D. Brown is an attorney of the law firm of Cooley LLP with an office at 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111. Matthew D. Brown is admitted to, and a member in good standing of, the Bar of the State of California. A Certification of Matthew D. Brown attesting to the aforesaid is attached hereto as Exhibit A.

4. The applicant Bethany C. Lobo is an attorney of the law firm of Cooley LLP with an office at 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111. Bethany C. Lobo is admitted to, and a member in good standing of, the Bars of the States of California and New York, as well as the District of Columbia. A Certification of Bethany C. Lobo attesting to the aforesaid is attached hereto as Exhibit B.

5. The applicant Rebecca L. Tarneja is an attorney of the law firm of Cooley LLP with an office at 355 S. Grand Avenue, Suite 900, Los Angeles, CA 90071. Rebecca L. Tarneja is admitted to, and a member in good standing of, the Bar of the State of California. A Certification of Rebecca L. Tarneja attesting to the aforesaid is attached hereto as Exhibit C.

6. Precisely retained the law firm of Cooley LLP to represent it in the above-captioned matter

7. Precisely desires Matthew D. Brown, Bethany C. Lobo, and Rebecca L. Tarneja to participate in this matter as counsel of record. Matthew D. Brown, Bethany C. Lobo, and Rebecca L. Tarneja have specialized knowledge with respect to the complex claims asserted in this case, as well as particularized knowledge of the business affairs, practices, and operations of Precisely as they relate to the claims asserted in this litigation.

8. Matthew D. Brown, Bethany C. Lobo, and Rebecca L. Tarneja have represented that they understand the duties and requirements of admission *pro hac vice* in this Court.

9. Saul Ewing LLP is counsel of record for Precisely in this matter and has agreed to serve as New Jersey counsel on behalf of Precisely and to comply with the requirements set forth in Local Civil Rules 11.1 and 101.1(c) and Rules 1:20-1(b), 1:21-2(b), 1:21-7, and 1:28-2 of the New Jersey Court Rules. The undersigned will be responsible for receiving and signing all pleadings, briefs, and other papers submitted to this Court, and for the conduct of the cause and counsel in this matter. The undersigned agrees to strictly observe the dates fixed for hearing on motions, pretrial conferences, and trials in this matter and that the undersigned or another member of Saul Ewing LLP will attend all court appearances.

10. Pursuant to Local Civil Rules 7.1(d)(1) and 7.1(d)(4), no brief is necessary for this application because all facts in support of this application are set forth in the Certifications of Matthew D. Brown, Bethany C. Lobo, and Rebecca L. Tarneja (exhibited herewith), and there are no legal issues that must be briefed in connection with this application.

11. All parties consent to this motion.

WHEREFORE, Precisely respectfully requests that this Court enter an Order in the form attached granting the admission *pro hac vice* of Matthew D. Brown, Bethany C. Lobo, and Rebecca L. Tarneja as counsel for Precisely.

Dated: April 19, 2024

Respectfully submitted,

s/ William C. Baton
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants*
*Precisely Holdings, LLC,*
*Precisely Software Inc., and Precisely*
*Software Ltd.*