UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell    **DOCKET #**   CV 24-4770 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
           v.
PRECISELY HOLDINGS, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  10:00 AM         Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes

s/ *David Bruey*
**DEPUTY CLERK**