William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Precisely Holdings, LLC,
Precisely Software Inc., and Precisely Software Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br> v.<br><br>PRECISELY HOLDINGS, LLC, PRECISELY SOFTWARE INC., PRECISELY SOFTWARE LTD., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | Civil Action No. 24-4571 (HB)<br><br>(Filed electronically) |

**REQUEST BY NEW JERSEY COUNSEL FOR *PRO HAC VICE* ATTORNEYS
<u>TO RECEIVE ELECTRONIC NOTIFICATIONS</u>**

 Request is hereby made by New Jersey counsel for the following *pro hac vice* attorneys to receive electronic notifications in the above-captioned matter, and it is represented that:

1. An Order of the Court granting the application to appear *pro hac vice* in the above-captioned matter has been entered for the *pro hac vice* attorneys; and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for each of the *pro hac vice* attorneys.

Respectfully submitted,

Dated: April 24, 2024      By:   s/ William C. Baton
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd.*

<u>*Pro Hac Vice* Attorneys' Information</u>

<u>Name</u>:       Matthew D. Brown, Esq.
<u>Address</u>:    COOLEY LLP
              3 Embarcadero Center, 20th Floor
              San Francisco, CA 94111-4004
<u>Telephone</u>:  415.693.2188
<u>E-mail</u>:     brownmd@cooley.com

<u>Name</u>:       Bethany C. Lobo, Esq.
<u>Address</u>:    COOLEY LLP
              3 Embarcadero Center, 20th Floor
              San Francisco, CA 94111-4004
<u>Telephone</u>:  415.693.2187
<u>E-mail</u>:     blobo@cooley.com

<u>Name</u>:       Rebecca L. Tarneja, Esq.
<u>Address</u>:    COOLEY LLP
              355 S. Grand Ave., Suite 900
              Los Angeles, CA 90071-1560
<u>Telephone</u>:  213.561.3225
<u>E-mail</u>:     rtarneja@cooley.com