# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 5/7/20/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**  **DOCKET NO:** CR #24-4271

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
    (vs)
CHOREOGRAPH, LLC, ET AL

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                              s/David Bruey
                                                Deputy Clerk

Time Commenced:   2:15 PM          Time Adjourned:        2:24 PM