

George Z. Twill
(973) 368-6207
gtwill@tresslerllp.com

Attorneys at Law
163 Madison Avenue
Suite 404
Morristown, New Jersey 07960
(973) 848-2900
Fax (973) 623-0405

May 23, 2024

<u>*Via ECF*</u>
Honorable Harvey Bartle, III, U.S.D.J.
United States District Court
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re: Atlas Data Privacy Corp. et al v. Precisely Holdings, LLC et al
        <u>Civil No. 1:24-cv-04571</u>

Dear Judge Bartle,

 I am an attorney with Tressler LLP, counsel for Data Axle, Inc. in a related Daniel's Law litigation docket number 1:24-cv-04181, *Atlas Data Privacy Corporation et al v. Data Axle, Inc.* This office does not represent the Plaintiffs in this action or any other related Daniel's Law action. I write to advise the Court that document # 23, a Motion for Leave to Appear Pro Hac Vice for Timothy Hutchinson was inadvertently filed in this matter, and was intended to be filed under docket number 1:24-cv-04181. As such I am requesting that the Motion filed as document # 23, as well as representation for the Plaintiffs under my name on this docket be removed as it is inaccurate and does not pertain to any of the parties on this instant docket.

 Thank you for your consideration of the within. Should you have any questions please contact me at 973-368-6207.

            Respectfully submitted,
            TRESSLER, LLP
       BY: <u>*/s/ George Z. Twill*</u>
            George Z. Twill, Esq.
            Attorney for Defendant Data Axle, Inc.
            Docket No. 1:24-cv-04181

cc: All Counsel of Record (via ECF)