IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4571 |
| PRECISELY HOLDINGS, LLC, et al. | : | |

ORDER

AND NOW, this 30th day of May 2024, it is hereby ORDERED that:

(1) the letter request of counsel to remove from the docket document # 23, a motion for Leave to Appear Pro Hac Vice for Timothy Hutchinson, is GRANTED as the said motion was inadvertently filed in this action and was intended to be filed in a different action; and

(2) the Clerk is DIRECTED to remove document # 23 from the docket in this action.

BY THE COURT:


/s/  Harvey Bartle III
                                    J.