

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6800
wbaton@saul.com
www.saul.com

June 10, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *Atlas Data Privacy Corporation, et al. v. Precisely Holdings, LLC, et al.*
             Civil Action No. 24-4571 (HB)

Dear Judge Bartle:

    This firm, together with Cooley LLP, represents Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd. (together, "Precisely") in the above-referenced matter. We write to respectfully advise the Court that Precisely joins the Consolidated Motion to Dismiss Brief, which was filed today under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 24-4105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Precisely respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

    Thank you for Your Honor's kind attention to this matter.

                                                                                                  Respectfully yours,

                                                                                             William C. Baton

    cc:    All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP