

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6800<br>
wbaton@saul.com<br>
www.saul.com

July 26, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:   *Atlas Data Privacy Corporation, et al. v. Precisely Holdings, LLC, et al.*
            **Civil Action No. 24-4571 (HB)**

Dear Judge Bartle:

    This firm, together with Cooley LLP, represents Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd. (together, "Precisely") in the above-referenced matter.

    We write pursuant to L. Civ. R. 101.1(c)(5) to seek leave to withdraw the *pro hac vice* admission of Rebecca L. Tarneja, who was admitted *pro hac vice* in the above-captioned matter on behalf of Precisely (*see* ECF No. 11). Saul Ewing LLP and Cooley LLP will continue to serve as counsel for Precisely. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
*/s/ William C. Baton*<br>
William C. Baton

cc:   All Counsel (via e-mail)

SO ORDERED that the *pro hac vice* admission of Rebecca L. Tarneja is withdrawn.

_____
Honorable Harvey Bartle III, U.S.D.J.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP