

William C. Baton  
Phone: (973) 286-6722  
Fax: (973) 286-6800  
wbaton@saul.com  
www.saul.com

September 10, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.  
United States District Court for the  
  Eastern District of Pennsylvania  
16614 U.S. Courthouse  
601 Market Street  
Philadelphia, Pennsylvania 19106

    Re:   *Atlas Data Privacy Corporation, et al. v. Precisely Holdings, LLC, et al.*  
           **Civil Action No. 24-4571 (HB)**

Dear Judge Bartle:

    This firm, together with Cooley LLP, represents Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd. (together, "Precisely") in the above-referenced matter. We write to respectfully advise the Court that Precisely joins the Consolidated Brief in Opposition to Plaintiffs' Motion for Remand, which was filed yesterday, September 9, 2024, under Dkt. No. 53 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Carco Group Inc., Intellicorp Records, Inc., et al.*, Civil Action No. 24-4077 (HB) (the "Consolidated Opposition to Remand"). For the reasons set forth in the Consolidated Opposition to Remand, Precisely respectfully requests that the Court deny Plaintiffs' Motion to Remand (Dkt. No. 17).

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*/s/ William C. Baton*

William C. Baton

cc:     All Counsel (via e-mail)