

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6800
wbaton@saul.com
www.saul.com

September 16, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:   *Atlas Data Privacy Corporation, et al. v. Precisely Holdings, LLC, et al.*
             **Civil Action No. 24-4571 (HB)**

Dear Judge Bartle:

      This firm, together with Cooley LLP, represents Defendants Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd. (together, "Precisely") in the above-referenced matter. We write to respectfully advise the Court that Precisely joins the Reply Memorandum of Law In Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, which was filed Friday, September 13, 2024, under Dkt. No. 54 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 24-4105 (HB) (the "Reply ISO Consolidated Motion to Dismiss"). For the reasons set forth in the Reply ISO Consolidated Motion to Dismiss and the Motion to Dismiss, Precisely respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

      Thank you for Your Honor's kind attention to this matter.

                                      Respectfully yours,

                                      William C. Baton

cc:    All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP