**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

ATLAS DATA PRIVACY CORPORATION,
et al.

                    Plaintiff,

v.                               Case No.: 1:24−cv−04571−HB

                                          Judge Harvey Bartle (EDPA), III

PRECISELY HOLDINGS, LLC, et al.

                    Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER L 000819 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                          Very truly yours,

                                          CLERK OF COURT
                                          By Deputy Clerk, tf

encl.
cc: All Counsel